In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00449-CV**
_____

**S. W. JOHNSON JR., Appellant**

**V.**

**KRISTA JOHNSON, Appellee**

_____

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-10-15510-CV**
_____

**MEMORANDUM OPINION**

On December 23, 2024, Appellant S. W. Johnson Jr. filed a notice of appeal from an order granting a protective order in Trial Cause Number 24-10-15510-CV. But after perfecting his appeal Johnson failed to file a brief.

On July 10, 2025, the Clerk of the Ninth Court of Appeals notified the parties that Appellant had not filed a brief and advised the parties that his appeal would be submitted without briefs unless by July 21, 2025, Appellant filed a brief and a motion to extend the deadline in which he had to file his brief. We warned Johnson that if

1

the Court submitted his appeal without briefs that the Court could dismiss his appeal for want of prosecution.

On August 4, 2025, the Clerk notified the parties that on August 25, 2025, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Johnson has not filed a brief in his appeal assigning any error to any of the trial court's rulings, we dismiss Johnson's appeal for want of prosecution. *See id*. 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 25, 2025
Opinion Delivered August 28, 2025

Before Golemon, C.J., Wright and Chambers, JJ.